CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 7 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID KWON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 7:10CV00506 |
| | ) | |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| **GENE JOHNSON,** | ) | |
| | ) | **By:  Glen E. Conrad** |
| **Defendant.** | ) | **Chief United States District Judge** |
| | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for

failure to state a claim, and the action is stricken from the active docket of the court.

ENTER:  This 7⁶ᵃ day of December, 2010.

_____
Chief United States District Judge